UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-248-D-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KEISHA HAMPTON | |

On motion of the Defendant, Keisha Hampton, and for good cause shown, it is hereby ORDERED that DE 38 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 13 day of January, 2026.

JAMES C. DEVER III
United States District Judge